FILED
CLERK, U.S. DISTRICT COURT

JUN - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED DANIEL JOHNSTON,<br><br>        Petitioner,<br><br>   v.<br><br>DEBRA DEXTER, Warden,<br><br>        Respondent. | NO. CV 06-07839 R (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections. After having made a _de novo_ determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.[1]

\\\
\\\

---

[1] The Court notes that page 3 of the Report refers to Lodgment 20 as a petition for writ of habeas corpus when it is actually a petition for writ of certiorari.

Accordingly, IT IS ORDERED THAT:

1. Judgment shall be entered dismissing this action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.

DATED: June 9, 2008

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE