FILED
CLERK, U.S. [DISTRICT COURT]

JUN - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED DANIEL JOHNSTON, ) | NO. CV 06-07839 R (SS) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| DEBRA DEXTER, Warden, ) | |
| Respondent. ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 9, 2008

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE